ORIGINAL


FILED

04/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0179

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0179

---

JAMES J. MORRISON, JR.,

　　　　Petitioner,

　v.

MARK JOHNSON,
CHIEF DETENTION OFFICER,
Butte-Silver Bow County Detention Facility,

　　　　Respondent.

ORDER

FILED

APR - 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

　　　　James J. Morrison, Jr. has filed a Petition for Writ of Habeas Corpus, claiming illegal incarceration after being detained in the Butte-Silver Bow County Detention Center. Morrison states that he "was arrested on the 9th day of February 2024 during a routine weekly scheduled visit with his probation officer . . . ." He states he was detained after "an alleged positive test for methamphetamine[.]" Morrison notes that, after a 72-hour hold, he appeared in Justice Court and was given a copy of an "Authorization to Pick Up and Hold Probationer" with the incorrect county jail listed, which he includes with his Petition. He further states he received a copy of the bench warrant thirty-four days after his arrest. Morrison contends his initial arrest without a warrant was illegal; that he should have a probable cause hearing; and that he should be immediately released from detention.

　　　　Available electronic records indicate that Morrison entered a guilty plea to sexual assault on April 4, 2016, in the Butte-Silver Bow County District Court. On January 9, 2017, the District Court sentenced him to the Montana State Prison for a twenty-year term with twelve years suspended. Morrison appealed, and upon the parties' stipulation, the appeal was dismissed and the case was remanded to the District Court to strike certain language and conditions. *State v. Morrison*, No. DA 17-0142, Order (Mont. Feb. 14, 2018).

This Court secured a copy of the recent register of actions. The State sought revocation of Morrison's suspended sentence on February 16, 2024, supported by affidavit. The District Court issued a bench warrant with a bond amount of $25,000 on March 13, 2024. The pick up and hold authorization lists Morrison's alleged violations of his probationary term, including residence, lack of employment, illegal drug use, frequenting places where minors gather and, significantly, failure to complete sex offender treatment.

Morrison is not entitled to his immediate release from detention. As a probationer, Morrison was informed of his probationary conditions and that he is subject to supervision by the Department of Corrections under Montana's statutory scheme. Section 46-23-1011(1), (3), MCA. A probation officer may arrest a probationer without an arrest warrant, if the officer "reasonably believes that the probationer has violated a condition of probation[.]" Section 46-23-1012(1), MCA. His probation officer reported Morrison's multiple violations. Morrison was detained and bond was set; the probation officer filed a report of violation on February 16, 2024, most likely included with the State's affidavit, and within ten days of his arrest. Section 46-23-1012(4), MCA. By allegedly not completing sex offender treatment, Morrison would have committed a non-compliance violation, which precludes disposition by an informal probable cause hearing. Section 46-23-1001(2)(e), and 46-23-1015(3)(d), MCA.

Morrison is not entitled to habeas corpus relief. Section 46-22-101(1), MCA. When Morrison receives a final judgment for the sentence upon revocation, he has the remedy of appealing that decision to this Court. M. R. App. P. 4(5)(b)(i); § 46-20-104(1), MCA. Accordingly,

IT IS ORDERED that Morrison's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Kurt Krueger, District Court Judge; Beth Parks, Clerk of Court, Butte-Silver Bow County, under Cause No. DC-15-27, and to the corresponding counsel of record; Mark Johnson; counsel of record, and James J. Morrison, Jr. personally.

2

DATED this 9 day of April, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

3